IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Theresa Tarasar,<br>    Plaintiff<br><br>v.<br><br>Discover Financial Services,<br>    Defendant | Docket 3:12-cv-01232-WJN<br><br>(JUDGE WILLIAM J. NEALON)<br><br><br>FILED ELECTRONICALLY |

## STIPULATION OF DISMISSAL

Please dismiss this action without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

_____
Brett Freeman: Bar Number PA308834
Attorney for Plaintiff
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email: bfecf@bankruptcypa.com

s/ Martin Bryce
Martin Bryce: Bar Number PA 59409
Attorney for Defendant
Ballard Spahr, LLP
1735 Market St., 51st Floor
Philadelphia, PA 9103
Phone (215) 665-8500
Facsimile (215) 864-8999
Email bryce@ballardspahr.com