IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Theresa Tarasar,<br>Plaintiff | Docket 3:12-cv-01232-WJN<br><br>(JUDGE WILLIAM J. NEALON) |
| v. | |
| Discover Financial Services,<br>Defendant | FILED ELECTRONICALLY |

## ORDER

The parties having filed a Stipulation of Voluntary Dismissal, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

The Clerk of Court is directed to close the case.

Date: 4-18-13

William J. Nealon
United States District Judge

FILED
SCRANTON

APR 18 2013

DEPUTY CLERK